IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA L. BOS,<br><br>           Plaintiff,<br><br>   v.<br><br>TAMMY GRISSOM, et al.,<br><br>           Defendants. | No. 2:18-CV-2976-MCE-DMC<br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action.[1] Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 3). Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

        Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

---

[1] Plaintiff has filed a motion entitled "Motion to Proceed Pro Se" (Doc. 4). Plaintiff's motion will be denied as unnecessary because leave of court is not required for an individual litigant to proceed without counsel.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is granted; and

2. Plaintiff's "Motion to Proceed Pro Se" (Doc. 4) is denied as unnecessary.

Dated: November 27, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE