# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA L. BOS,<br><br>       Plaintiff,<br><br>   v.<br><br>TAMMY GRISSOM, et al.,<br><br>       Defendants. | No. 2:18-CV-2976-MCE-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference currently set for July 10, 2019, is vacated pending resolution of defendants' motion to dismiss, which is on calendar for hearing before the undersigned on June 26, 2019, at 10:00 a.m., in Redding, California.

       IT IS SO ORDERED.

Dated: May 15, 2019

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE