1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TAMARA L. BOS,                              No.  2:18-CV-2976-JAM-DMC

12                  Plaintiff,

13          v.                                    ORDER

14    TAMMY GRISSOM, et. al.,

15                  Defendants.

16

17          Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to Eastern

18    District of California Local Rule 230(g), the hearing scheduled for June 26, 2019, at 10:00 a.m.,

19    before the undersigned in Redding, California, is hereby taken off calendar and the matter is

20    submitted on the record and briefs without oral argument.

21          IT IS SO ORDERED.

22

23    Dated:  June 25, 2019

24                                                _____
                                                  DENNIS M. COTA
25                                                UNITED STATES MAGISTRATE JUDGE

26

27

28

1