IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA L. BOS,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMMY GRISSOM, et al.,<br><br>    Defendants. | No. 2:18-CV-2976-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action alleging violations of the Fair Debt Collection Practices Act. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 10, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 10, 2019, are adopted in full;
2. Defendants' motion to dismiss (ECF No. 11) is granted;
3. This action is dismissed without leave to amend and with prejudice;
4. Plaintiff's "Motion to Include After-Discovery Evidence" (ECF No. 25) is denied; and
5. The Clerk of the Court is directed to enter judgment and close this file.

DATED: October 7, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE