# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA L. BOS,<br><br>        Plaintiff,<br><br>    v.<br><br>TAMMY GRISSOM, et al.,<br><br>        Defendants. | No. 2:18-CV-2976-JAM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, appeals the court's final judgment entered on October 8, 2019. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith, in which case in forma pauperis status would be revoked. See 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). Having reviewed the entire file, the court concludes in forma pauperis status should be revoked because the appeal is frivolous.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status should be revoked; and
2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: December 18, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE